# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2023

## NO. 03-22-00241-CV

**Texas Political Subdivisions Joint Self-Insurance Fund, Appellant**

**v.**

**Texas Department of Insurance - Division of Workers' Compensation and Commissioner Cassie Brown in her Official Capacity, Appellees**

### APPEAL FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on April 4, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.